# IN THE UNITED STATES BANKRUPTCY COURT
## for the District of Kansas

In the Matter of:                    }

                                   }     Case No. 06-40208

  Heidi  Scholz              }

  Craig  Scholz              }     Chapter 7

                                   }

**Debtors**                           }

_____

Chase Bank USA, N.A.,                                 Plaintiff,

   v.                                   Adversary No. 06-07050

Heidi Scholz,                                   Defendant.

## DEBTOR'S ANSWER TO PLAINTIFF'S
## COMPLAINT OBJECTING TO DISCHARGE

     **COMES NOW** the debtor/defendant, Heidi Scholz, by and through her attorney, William E. Pray, and, in response to Plaintiff's *Complaint* states as follows:

1.    That she is without sufficient information to admit or deny the allegations contained in paragraph numbered 1 of said *Complaint.*

2.    That she denies the allegations contained in paragraph numbered 12, 13, 14, and 15 of said *Complaint.*

3.    That she generally admits to the balance of said *Complaint.*

4.    That she affirmatively alleges that she attempted, in good faith to satisfy the inquiries of the Plaintiff, prior to the filing of this action.

     **WHEREFORE**, defendant prays that the Plaintiff's *Complaint* be denied; that she recover her costs and attorney's fees, as set forth in 11 U.S.C. §523(d); and that she have such other and further relief as to the Court may seem just and proper in the premises.

                                   /s/William E. Pray
                                   William E. Pray
                                   Attorney at Law #9040
                                   316 South 5th Street
                                   Post Office Box 16
                                   Leavenworth, Kansas  66048-0016
                                   (913) 651-5678
                                   (913) 682-8789 (fax)
                                   Attorney for Debtor

United States Bankruptcy Court
District of Kansas Case No. 06-40208
In re:Scholz
Motion
Page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of July, 2006, a true and correct copy of the above was electronically filed  with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of the above were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

- NONE

s/William E. Pray
William E. Pray
Attorney for Debtor/Defendant