# IN THE UNITED STATES BANKRUPTCY COURT
## for the District of Kansas

**In the Matter of:** }
                                                        } Case No. 06-40208

  Heidi Scholz }
  Craig Scholz }    Chapter 7
                              }

**Debtors** }

_____

Chase Bank USA, N.A.,                                                 Plaintiff,

    v.                                                                             Adversary No. 06-07050

Heidi Scholz,                                                                   Defendant.

## DEFENDANT/COUNTER-CLAIMANT'S CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 18th day of October, 2006, I served the original and two (2) copies of *Defendant/Counter-claimant's First Request for Admissions* by placing them in the United States Mail, postage prepaid, addressed to the attorney for the Plaintiff, as follows:

        Ronald S. Weiss
        Berman DeLeve Kuchan & Chapman LC
        2230 Commerce Tower
        911 Main
        Kansas City MO 64105

                                                  s/William E. Pray
                                                  William E. Pray
                                                  Attorney for Defendant/Counter-claimant