# IN THE UNITED STATES BANKRUPTCY COURT
## for the District of Kansas

**In the Matter of**: }
} Case No. 06-40208
  Heidi Scholz }
  Craig Scholz } Chapter 7
}
**Debtors** }

_____

Chase Bank USA, N.A.,                                                 Plaintiff,

    v.                                                            Adversary No. 06-07050

Heidi Scholz,                                                        Defendant,

    v.

Chase Bank USA, N.A.,                                            Counter-Defendant.

## MOTION FOR AN ORDER REQUIRING PLAINTIFF TO CORRECT DOCKET #39

    **COMES NOW** the Defendant/Counter-claimant (hereinafter "Defendant") by and through her attorney and moves this honorable Court for an order requiring Plaintiff to correct docket #39 in the above case. In support of said *Motion* she states and alleges as follows:

1. That docket #39 purports to be a certificate of service of documents requested by Defendant, which have been the subject of orders to compel and granting sanctions.

2. That docket #39 is titled: ***Certificate of Service of Plaintiff's Responses to Defendant's Interrogatories and Requests for Admissions***. This correctly reflects the documents received by the attorney for Defendant. The requested production of documents has still not been fully satisfied.

3. That Plaintiff's counsel was contacted by Defendant's counsel on the 21st and the 27th of November, asking for this to be corrected.

4. That no correction has been made and the docket sheet continues to incorrectly represent the present position of the case.

    **WHEREFORE** Defendant prays for an order, required Plaintiff to correct docket #39.

                                                          /s/William E. Pray
                                                          William E. Pray
                                                          Attorney at Law #9040
                                                          316 South 5th Street
                                                          Post Office Box 16
                                                          Leavenworth, Kansas 66048-0016
                                                          (913) 651-5678
                                                          (913) 682-8789 (fax)
                                                          Attorney for Defendant/Counter-claimant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of December, 2006, a true and correct copy of the above was electronically filed with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of the above were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

- NONE

s/William E. Pray  
William E. Pray  
Attorney for Defendant/Counter-claimant