# IN THE UNITED STATES BANKRUPTCY COURT
## for the District of Kansas

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | Case No. 06-40208 |
| Heidi Scholz | } | |
| Craig Scholz | } | Chapter 7 |
| | } | |
| **Debtors** | } | |

_____

Chase Bank USA, N.A.,          Plaintiff,

    v.          Adversary No. 06-07050

Heidi Scholz,          Defendant,

    v

Chase Bank USA, N.A.,          Counter-Defendant.

## DEFENDANT/COUNTER-CLAIMANT'S
## <u>FIRST SET OF INTERROGATORIES TO PLAINTIFF</u>

Defendant/Counter-claimant Heidi Scholz submits this First Set of Interrogatories to Plaintiff pursuant to Fed. R. Civ. P. 33:

## DEFINITIONS

The following terms have the following meanings in these interrogatories:

1. "Person" includes any individual, corporation, partnership, group, association, governmental entity, or any other organization.

2. "You" or "your" and "plaintiff" refer to plaintiff or any entity representing plaintiff.

3. "Document" means any written, printed, typed, recorded, electronically stored, or other graphic or photographic matter of any nature and any audio or video recordings in you possession, custody, or control, or know by you to exist or to have existed. Or that differ in any other way from the originals or copies referred to in the preceding sentence are deemed separate documents from the originals or copies.

4. "Communicate" or "communications" means every manner of disclosure or exchange, and every disclosure or exchange, of information, whether orally or by document or whether face-to-face, by telephone, mail, personal delivery, or otherwise.

5. "Identify" used in reference to an individual person means to state (a)the person's full name and present or last know address, (b) the person's present or last known position and business

affiliation, and (c) the person's position and business affiliation at the time in question. "Identify" used in reference to any other person means to state (a) the person's full name and present or last known address, (b) type of entity and (c) the names of the individual person who are or were principals, agents, or employees and who have knowledge of relevant facts.

6.  "Identify" used in reference to a document means to state (a) the date, (b) author or addressor, (c) addressee and recipients of all copies, (d) type of document (for example, letter, memorandum, telegram, chart, photograph, brochure, e-mail) or some other means of identifying it, and (e) its present location or custodian.  If any document was but no longer is in your present possession or subject to your control, state what disposition was made of it and the identity of the person you reasonably believe to be the present custodian. Instead of the identification, you may furnish the documents for inspection and copying at the time you serve answers to these interrogatories.

7.  "Identify" used in reference to a communication means to state (a) its date, (b) the place where it occurred, (c: the type of communication (for example, telephone conversation, meeting), (d) its substance, (e) the identity of the person who made it, (f) the identity of each person who received it and of all other persons who were present.

## INSTRUCTIONS

1.  For every interrogatory that requests you to state the basis of an allegation or denial, answer as follows:

    (a)     Describe in detail the complete factual basis for the allegation or denial;

    (b)     Identify every communication that relates to the allegation or denial;

    (c)     Identify every document that relates to the allegation or denial;

    (d)     Identify every person who has knowledge of facts relating to the allegation or denial.

2.  With respect to any document or communication for which you claim a privilege, identify the document or communication as required above, including the general subject matter, but not the substance, state the privilege involved, and state the factual and legal basis of the privilege.

INTERROGATORY NO. 1:  Describe the process used to determine that this adversary proceeding should be filed by you.

ANSWER:

INTERROGATORY NO. 2:  List every basis upon which Plaintiff claims that "Defendant obtained credit extended from Plaintiff by false pretenses, false representations and/or actual fraud." (***Complaint Objecting to Dischargeability of Indebtedness*** ¶ II. 13).

ANSWER:

INTERROGATORY NO. 3: Identify the person who made the decision to file this adversary proceeding.

ANSWER:

INTERROGATORY NO. 4:  Describe each and every document that supports your answer to INTERROGATORY NO. 2.

ANSWER:

INTERROGATORY NO. 5:  List every basis upon Plaintiff's prayer that they receive relief in the form of "An order awarding Plaintiff its attorneys' fees and costs incurred herein; " (*Complaint Objecting to Dischargeability of Indebtedness* ¶ III. 3.):

ANSWER:

INTERROGATORY NO. 6:  Where is Michelle Labayen, esq., of Weinstein & Riley, P.S. licensed to practice law?

ANSWER:

INTERROGATORY NO. 7:  Identify any person or agency contacted by you in investigating the possible filing of this adversary proceeding.

ANSWER:

INTERROGATORY NO. 8:  A letter, dated the 18th day of April, 2006 from Glenn D. Miller, of Weinstein & Riley, P.S., states that, "We believe that there is evidence and a sufficient basis to object to the discharge of your debt in this matter."  State the basis of this belief.

ANSWER:

INTERROGATORY NO. 9: Identify every document relied upon in making the statement set forth in INTERROGATORY 8.

ANSWER:

INTERROGATORY NO. 10: Where is Glenn D. Miller, of Weinstein and Riley, P.S., licensed to practice law?

ANSWER:

INTERROGATORY NO. 11:  Did the Defendant/Counter-claimant contact you following the sending of the 18 April 2006 letter and prior to the filing of the adversary proceeding?

ANSWER:

INTERROGATORY NO. 12:  Did the Defendant/Counter-claimant provide an explanation of the cash advance prior to the filing of the adversary proceeding?

ANSWER:

INTERROGATORY NO. 13:  Does plaintiff claim that there is a presumption of nondischargeability for the $3,900.00 cash advance allegedly taken by Defendant/Counter-claimant?

ANSWER:

INTERROGATORY NO. 14:  If the answer to INTERROGATORY NO. 13 is yes, identify each and every basis for that claim.

ANSWER:

INTERROGATORY NO. 15: Did you use a computer in the maintenance of the account held by the Defendant/Counter-claimant?

ANSWER:

INTERROGATORY NO. 16:  If the answer to INTERROGATORY NO. 15 is yes, describe the procedure for inserting data into the computer.

ANSWER:

INTERROGATORY NO. 17:  If the answer to INTERROGATORY NO. 15 is yes,
    describe the safeguards to ensure accuracy and identify errors in the entry and
    maintenance of account information.

ANSWER:

INTERROGATORY NO. 18:  If the answer to INTERROGATORY NO. 15 is yes, describe the procedure(s) whereby the computer is kept in a good state of repair.

ANSWER:

INTERROGATORY NO. 19: If the answer to INTERROGATORY NO. 15 is yes, list all documents that will be used to establish the charges on Defendant/Counter-claimant's account.

ANSWER:

INTERROGATORY NO. 20: If the answer to INTERROGATORY NO. 15 is yes, identify the parties, companies, or agencies responsible for the support and maintenance of the computer.

ANSWER:

Submitted by:

_____

William E. Pray
Attorney at Law #9040
316 South 5th Street
Post Office Box 16
Leavenworth, Kansas 66048-0016
(913) 651-5678
(913) 682-8789 (fax)
Attorney for Defendant/Counter-claimant

## VERIFICATION OF ANSWERS

STATE OF _____ )
                                ) **§.**
COUNTY OF _____ )

     **COMES NOW** _____(please print) who is the _____ of Chase Bank USA, N.A., of lawful age, being first duly sworn, and, upon their oath, states that they read the above ***Defendant/Counter-claimant's First Set of Interrogatories to Plaintiff*** and the answers provided thereto and that they are true and correct to the best of their knowledge and belief.

_____
Plaintiff

## DISCLOSURE OF ATTORNEY MAKING OBJECTIONS

     **I HEREBY CERTIFY** that I am the attorney for the Plaintiff and have made any objections stated above on their behalf.

_____
Name _____
Attorney for the Plaintiff