U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
12/21/2006
Hon. Janice Miller Karlin, Presiding

09:00 AM

---

Case Information:
    06-07050 Chase Bank USA, NA v. Scholz  Leadcase: 06-40208 Heidi Scholz and Craig Scholz

Judge Assigned: JMK          Date Filed: 06/23/2006          Date Plan Confirmed:

---

Appearances:
    X Ronald S. Weiss representing Chase Bank USA, NA (Plaintiff)
    X William E. Pray representing Heidi Scholz (Defendant)
       William E. Pray representing Heidi Scholz (Counter-Claimant)
       Ronald S. Weiss representing Chase Bank USA, NA (Counter-Defendant)

---

Issue(s):
    Second Motion for Sanctions for Failure to Produce Filed by Defendant Heidi Scholz, Counter-Claimant Heidi Scholz

    Motion for Determination of Sufficiency of Discovery Responses Filed by Defendant Heidi Scholz, Counter-Claimant Heidi Scholz (Attachments: # (1) Exhibit Plaintiff's responses to discovery# (2) Exhibit Defendant's Request for Admissions# (3) Exhibit Defendant's Interrogatories)

---

Notes/Decision: Court denies the Second Motion for Sanctions. Court grants in part, moots in part, and denies the ultimate relief requested regarding the Motion for Determination of Sufficiency of Discovery. Legible copies of the items discussed today are to be provided to Mr. Prey by 1/2/07. The supplementation of Items 8 and 10 and verification of interrogatories is also to be done. Mr. Weiss is to prepare the order, and Mr. Prey will need to sign off on it. The order should also include the extension of time to 1/2/07 for the response to second interrogatories to be filed.

Courtroom Deputy: Becky Carter