# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# TOPEKA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 06-40208 |
| **Heidi and Craig Scholz,** | |
|   Debtor. | |
| **Chase Bank USA, N.A.,** | ADV. NO. 06-7050 |
|   Plaintiff, | |
| v. | |
| **Heidi Scholz,** | |
|   Defendant. | |

## MOTION FOR EXPEDITED HEARING

Cones now plaintiff and for its motion for expedited hearing, states:

1. Defendant has served Notices to take depositions of eight witnesses or representatives on January 19, 2007.

2. Plaintiff has filed a Motion for a Protective Order seeking an order excusing those appearance.

3. Because of the limited involved it is necessary to expedite the hearing of plaintiff's motion so that the court may determine the issues raised in the motion for protective order.

4. The hearing should take a limited amount of time and both plaintiff's and defendant's counsels are available during the entire day of January 18, 2007.

WHEREFORE, plaintiff prays the court for an order setting its motion for a protective order for expedited hearing, and for such other and further relief as just and proper.

Respectfully submitted,

BERMAN, DeLEVE, KUCHAN & CHAPMAN, L.C.

By  s/ Ronald S. Weiss
    Ronald S. Weiss,    KS # 70349
    2230 Commerce Tower
    911 Main
    Kansas City, Missouri 64105
    (816) 417-5900
    (816) 842-9955
    rweiss@bdkc.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was forwarded this 17th day of January 2007, by facsimile to:

Facsimile No. 913/682-8789
William E. Pray, esq.
316 South 5th Street
P.O. Box 16
Leavenworth, KS 66048-0016

s/ Ronald S. Weiss
Ronald S. Weiss,    KS #70349