09:00 AM

---

Case Information:
    06-07050 Chase Bank USA, NA v. Scholz  Leadcase: 06-40208 Heidi Scholz and Craig Scholz

Judge Assigned: JMK      Date Filed: 06/23/2006      Date Plan Confirmed:

---

Appearances: **All Appearances Telephonic**
       Max Jevinsky and Ronald S. Weiss representing Chase Bank USA, NA (Plaintiff)
  X  William E. Pray representing Heidi Scholz (Defendant)
       William E. Pray representing Heidi Scholz (Counter-Claimant)
  X  Ronald S. Weiss representing Chase Bank USA, NA (Counter-Defendant)

---

Issue(s):
    Motion to Show Cause Filed by Defendant Heidi Scholz, Counter-Claimant Heidi Scholz

    426 (Dischargeability 523): Complaint by Ronald S. Weiss, Chase Bank USA, NA on behalf of Chase Bank USA, NA against Heidi Scholz. Fee Amount $250 (Attachments: # (1) Adversary Cover Sheet)

    Amended Scheduling Order (related documents [11] Scheduling Order, ) Signed on 12/7/2006 Discovery due by 12/14/2006. Response to discovery due 12/18/2006Pre-Trial Order due by 2/26/2007. Dispositive Motion due by 3/15/2007. Final Pre-Trial Conference set for 3/1/2007 at 09:00 AM at Topeka Room 215.

    Motion to Show Cause Filed by Defendant Heidi Scholz (Attachments: # (1) Exhibit Exhibit 1 Illegible Documents# (2) Exhibit Exhibit 2 Transcript# (3) Exhibit Exhibit 3 Credit Application# (4) Exhibit Exhibit 4 Convenience Check)

---

Notes/Decision: **Confidential Settlement Agreement To Be Complete By 05/30/07. Once Settlement Agreement Filed Case To Be Dismissed With Prejudice. All Orders Or Withdraws On Outstanding Motions Due By 06/11/07.**


ECRO: Olivette Watson
Courtroom Deputy: Phyllis Rambert